Adam C. Dawson (State Bar No. 136551)
   adawson@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendants
VINELAND STATION, L.P., and
FRIEDRICH COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PAMELA KOUSSA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>VINELAND STATION, L.P., a California Limited Partnership; FRIEDRICH COMPANY, INC., a California Corporation; and DOES 1-10,<br><br>　　　　Defendants. | Case No. 3:16-cv-06286-LB<br><br>**DEFENDANTS' ANSWER TO COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR VIOLATIONS OF AMERICAN'S WITH DISABILITIES ACT AND UNRUH CIVIL RIGHTS ACT; DEMAND FOR JURY TRIAL**<br><br>The Hon. Laurel Beeler |

Defendants VINELAND STATION, L.P. and FRIEDRICH COMPANY, INC. (hereinafter "Defendants") answer the Complaint filed by Plaintiff PAMELA KOUSSA, an individual ("Plaintiff") as follows:

**PARTIES**

1.　　Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 1, and on that basis deny them.

2.　　Defendants admit that they owned the real property located at or about 655 Main Street, Saint Helena, California (the "Store"), in October 2016.

3.　　Defendants admit that they currently own the Store.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

DEFENDANTS' ANSWER TO COMPLAINT FOR
DAMAGES AND INJUNCTIVE RELIEF -
Case No. 3:16-cv-06286-LB

33825\5688251.1

4. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 4, and on that basis deny them.

## JURISDICTION AND VENUE

5. Defendants admit that the Court has jurisdiction of actions brought pursuant to 28 U.S.C. Section 1331.

6. Defendants admit that Plaintiff has alleged causes of action under California's Unruh Civil Rights Act.

7. Defendants admit that venue in this Court is proper based on the location of the real property which is the subject of the action. Defendants deny the remaining allegations of paragraph 7.

## FACTUAL ALLEGATIONS

8. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 8, and on that basis deny them.

9. Defendants admit the allegations of paragraph 9.

10. Defendants admit that there are parking spaces at or near the entrance to the Store. Defendants are without knowledge or information to form a belief as to which exact parking spaces Plaintiff is referring, and on that basis deny the remaining allegations in paragraph 10.

11. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 11, and on that basis deny them.

12. Defendants admit the allegations of paragraph 12.

13. Defendants are without knowledge or information sufficient to form a belief as to the which exact parking space Plaintiff is referring to, and on that basis deny the allegations in paragraph 13.

14. Defendants deny the allegations of paragraph 14.

15. Defendants deny the allegations of paragraph 15.

16. Defendants deny the allegations of paragraph 16.

17. Defendants deny the allegations of paragraph 17.

18. Defendants deny the allegations of paragraph 18.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

DEFENDANTS' ANSWER TO COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF -
Case No. 3:16-cv-06286-LB

2

33825\5688251.1

19. Defendants deny the allegations of paragraph 19.

20. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 20, and on that basis deny them.

21. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 21, and on that basis deny them.

22. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 22, and on that basis deny them.

23. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 23, and on that basis deny them.

24. Defendants deny the allegations of paragraph 24.

25. The allegations in paragraph 25 contain numerous undefined, subjective and conclusory statements which leaves Defendants without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 25, and on that basis Defendants deny them.

26. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 26, and on that basis deny them.

27. Defendants deny the allegations of paragraph 27.

28. Defendants deny the allegations of paragraph 28.

## ANSWER TO SECOND CAUSE OF ACTION

29. Defendants incorporate by reference their responses to the allegations contained in all prior paragraphs of this Answer.

30. Defendants assert that the ADA and cited statutes speak for themselves. Defendants deny all of the remaining allegations of paragraph 30.

31. Defendants assert that the cited statutes and/or regulations speak for themselves. Defendants deny the remaining allegations of paragraph 31.

32. Defendants deny the allegations of paragraph 32.

33. Defendants assert that the cited standards and/or regulations speak for themselves. Defendants deny the remaining allegations of paragraph 33.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

DEFENDANTS' ANSWER TO COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF -
Case No. 3:16-cv-06286-LB

3

33825\5688251.1

1   34.     Defendants deny the allegations of paragraph 34.

2   35.     Defendants assert that the cited CFR section speaks for itself.  Defendants deny the
3   remaining allegations of paragraph 35.

4   36.     Defendants deny the allegations of paragraph 36.

5   37.     Defendants are without knowledge or information sufficient to form a belief as to
6   the truth of the allegations of paragraph 37 regarding Plaintiff, and on that basis deny them.
7   Defendants deny the remaining allegations of paragraph 37.

## ANSWER TO SECOND CAUSE OF ACTION

9   38.     Defendants incorporate by reference their responses to the allegations contained in
10  all prior paragraphs of this Answer.

11  39.     Defendants deny the allegations of paragraph 39.

12  40.     Defendants deny the allegations of paragraph 40.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff has failed to state a claim against Defendants upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Defendants are informed and believe, and on that basis allege, that Plaintiff failed to mitigate damages, if any there were, although she had reasonable opportunity to do so.

## THIRD AFFIRMATIVE DEFENSE

Defendants are informed and believe, and on that basis allege, that to the extent Plaintiff suffered any injury, said injuries were directly and proximately caused by the acts or omissions, or both, of persons other than Defendants.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff was partially, if not wholly, negligent or otherwise at fault and should be barred from recovery of that portion of the damages, if any were suffered, directly attributable to her proportionate share of the negligence or fault, pursuant to the doctrine of comparative negligence.

## FIFTH AFFIRMATIVE DEFENSE

The damages sustained by Plaintiff, if any, were caused, in whole or in part, by the negligence or fault of others for which Defendants are not liable or responsible.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

DEFENDANTS' ANSWER TO COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF -
Case No. 3:16-cv-06286-LB

4

33825\5688251.1

### SIXTH AFFIRMATIVE DEFENSE

If Defendants were responsible in any respect for any injuries or damages suffered by Plaintiff, which Defendants expressly deny, such injuries or damages have been caused by or contributed to by others, and Defendants' proportional liability, if any, should be reduced to the extent thereof.

### SEVENTH AFFIRMATIVE DEFENSE

Defendants are informed and believe, and on that basis allege, that Plaintiff is barred from recovery by the doctrine of laches.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's attorneys' fees are unnecessary and unreasonable.

### NINTH AFFIRMATIVE DEFENSE

Plaintiff lacks standing.

### TENTH SEPARATE DEFENSE

The accommodations requested by Plaintiff are not readily achievable.

### ELEVENTH SEPARATE DEFENSE

The accommodations requested by Plaintiff are not feasible.

### TWELVETH SEPARATE DEFENSE

The accommodations requested by Plaintiff would result in undue burden.

### THIRTEENTH SEPARATE DEFENSE

Plaintiff's claims are barred by the doctrine of estoppel.

### FOURTEENTH SEPARATE DEFENSE

Plaintiff's claims are barred by the doctrine of waiver.

### FIFTEENTH SEPARATE DEFENSE

Defendants did not intentionally impede or impair access to Plaintiff.

///

///

///

///

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

DEFENDANTS' ANSWER TO COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - Case No. 3:16-cv-06286-LB

5

33825\5688251.1

**PRAYER FOR RELIEF**

WHEREFORE Defendants pray for judgment as follows:

1. Dismissal of the Complaint with prejudice;

2. An award of costs of suit and such attorneys' fees as may be authorized by law;

3. Such other and further relief as the court deems just and proper.

Dated: December 2, 2016          FARELLA BRAUN + MARTEL LLP

By:   /s/ *Adam C. Dawson*
          Adam C. Dawson

Attorneys for Defendants
Vineland Station, L.P., and Friedrich Company, Inc.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

DEFENDANTS' ANSWER TO COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - Case No. 3:16-cv-06286-LB

6

33825\5688251.1

## **DEMAND FOR JURY TRIAL**

Defendants hereby demand a jury for all claims for which a jury is permitted.

Dated: December 2, 2016          FARELLA BRAUN + MARTEL LLP

By: _____/s/ *Adam C. Dawson*_____
　　　Adam C. Dawson

Attorneys for Defendants
Vineland Station, L.P., and Friedrich Company, Inc.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

DEFENDANTS' ANSWER TO COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF -
Case No. 3:16-cv-06286-LB

7

33825\5688251.1